```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 18947
    JOHN CROW
    GEORGINA P CROW                               CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-2755     SSN XXX-XX-5219


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/13/04 and confirmed on 08/05/04.

    2.   The case was dismissed after confirmation, 09/14/2007.

    3.   The Debtor paid a total of $ 107697.51 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE          CURRENT MORTG    79343.20              .00      79343.20
CHASE HOME FINANCE          MORTGAGE ARRE    15857.40              .00       8330.28
FORD MOTOR CREDIT CO        SECURED          15775.00          3689.41       7231.33
COMED                       UNSECURED        NOT FILED             .00            .00
MCNEAL PHYSICIAN FINANCI    UNSECURED        NOT FILED             .00            .00
MCI WORLDCOM RES SERVICE    UNSECURED        NOT FILED             .00            .00
NICOR GAS                   UNSECURED         1107.51              .00            .00
PROVENA ST JOSEPH MEDICA    UNSECURED        NOT FILED             .00            .00
B FIRST LLC                 UNSECURED          514.63              .00            .00
US DEPARTMENT OF EDUCATI    UNSECURED         1309.70              .00            .00
FORD MOTOR CREDIT CO        UNSECURED         5598.41              .00            .00
CHASE HOME FINANCE          COST OF COLLE     450.00               .00        324.00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  110975.60    450.00      8530.25          .00      119955.85
PRINCIPAL PAID       94904.81    324.00          .00          .00       95228.81
INTEREST PAID         3689.41       .00          .00          .00        3689.41
TOTAL PAID           98594.22    324.00          .00          .00       98918.22
The Debtor's attorney, SCHOTTLER & ZUKOSKY             , was allowed $   2590.00
and was paid $    106.00  direct and $   2484.00  through the plan.

The Trustee received $    4318.62 .

Refunds to the Debtor totaled $    1976.67 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 04 B 18947 JOHN CROW & GEORGINA P CROW